IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
13 MAR 22 AM 11:37
MICHAEL J. NEWMAN
UNITED STATES
MAGISTRATE JUDGE

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:13MJ088

SEALED DOCUMENT :

---

ORDER UNSEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

---

IT IS HEREBY ORDERED that the Application, Search Warrant, Supporting Affidavit and Return filed herein and ordered sealed by the order of this court, be unsealed by the Clerk of Courts.

DATE: 3/22/13

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE